Carlo Coppo, Esq./CSB No. 34226
Michael R. Popcke, Esq./CSB No. 122215
**DiCARO, COPPO & POPCKE**
San Diego Office
2780 Gateway Road
Carlsbad, California 92009-1730
Telephone:   760-918-0500
Facsimile:    760-918-0008

Attorneys for Defendants CORCORAN DISTRICT HOSPITAL, a District Hospital; and JONATHAN BRENN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE D. GRIFFITH, M.D., an individual, | NO. 1:09-CV-02132-LJO-GSA |
| Plaintiff, | |
| v. | |
| CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; DAVID HILL, an individual; JAMES CARTER THOMAS, M.D., an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and DOES 1 through 25, inclusive, | **STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF DEFENDANTS** |
| | Judge:   HON. LAWRENCE J. O'NEILL<br>Dept:    4 |
| | Magistrate:   HON. GARY S. AUSTIN<br>Dept:          10 |
| Defendants. | **Complaint filed:** December 8, 2009 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, pursuant to Eastern District Local Rule 6-144, that the time within which defendants CORCORAN DISTRICT HOSPITAL, a District Hospital; and JONATHAN BRENN, served on December 9, 2009, must file their responsive pleadings is hereby extended to **JANUARY 29, 2010.**

/ / /

/ / /

1

Stip. Extending Time to File Responsive Pleadings on Behalf of Defendants      1:09-cv-02132-LJO-GSA

1  Plaintiff, by and through his attorneys, further stipulates to a similar 30 day extension of
2  the 20 day time for any served defendant to file responsive pleadings.[1]

4  **DATED:**  December 21, 2009            **DiCARO, COPPO & POPCKE**

6                                 **By:**  /s/ Carlo Coppo
                                           **CARLO COPPO, ESQ.**
                                           **MICHAEL R. POPCKE, ESQ.**
7                                          **Attorneys for Defendants**
                                           CORCORAN DISTRICT HOSPITAL, a District
8                                          Hospital; and JONATHAN BRENN

10 **DATED:**  December 22, 2009            **FARLEY LAW FIRM**

12                                **By:**  /s/Michael L. Farley, Esq.
                                           **MICHAEL L. FARLEY, ESQ.**
13                                         Attorneys for Plaintiff
                                           LYLE D. GRIFFITH, M.D.

   IT IS SO ORDERED.

   Dated:  **December 30, 2009**            /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1]  Whether the DiCaro, Coppo & Popcke firm will represent all served defendants is unknown at this time.