Carlo Coppo, Esq./CSB No. 34226
Michael R. Popcke, Esq./CSB No. 122215
**DiCARO, COPPO & POPCKE**
San Diego Office
2780 Gateway Road
Carlsbad, California 92009-1730
Telephone:   760-918-0500
Facsimile:   760-918-0008

Attorneys for Defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE D. GRIFFITH, M.D., an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; DAVID HILL, an individual; JAMES CARTER THOMAS, M.D., an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and DOES 1 through 25, inclusive,<br><br>  Defendants. | NO. 1:09-CV-02132-LJO-GSA<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF DEFENDANTS CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual**<br><br>**Judge:**    HON. LAWRENCE J. O'NEILL<br>**Dept:**       4<br><br>**Magistrate:** HON. GARY S. AUSTIN<br>**Dept:**           10<br><br>**Complaint filed:  December 8, 2009** |

  **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys, pursuant to Eastern District Local Rule 6-144, that the time within which defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT

1

Stip. Extending Time to File Responsive Pleadings                                            1:09-cv-02132-LJO-GSA

1  HOSPITAL and an individual must file their responsive pleadings is hereby extended to
2  **JANUARY 29, 2010.**
3     Plaintiff, by and through his attorneys, further stipulates to a similar 30 day extension of
4  the 20 day time period for any served defendant to file a responsive pleading provided such
5  served defendants are represented by DiCaro, Coppo & Popcke.
6     Plaintiff, by and through his attorneys, further stipulates to set aside the current defaults
7  taken against defendants JAMES CARTER THOMAS, M.D., SUE FAIRCHILD and LISA IVERS
8  and filed with the court on January 6, 2010.

DATED:   January 7, 2010            DiCARO, COPPO & POPCKE

                            By:  /s/ Carlo Coppo
                                 **CARLO COPPO, ESQ.**
                                 **MICHAEL R. POPCKE, ESQ.**
                                 **Attorneys for Defendants**
                                 CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual

DATED:   January 8, 2010            **FARLEY LAW FIRM**

                            By:  /s/ Michael L. Farley
                                 **MICHAEL L. FARLEY, ESQ.**
                                 **RHYS C. BOYD-FARRELL, ESQ.**
                                 Attorneys for Plaintiff
                                 LYLE D. GRIFFITH, M.D.

   IT IS SO ORDERED.

   Dated:  **January 11, 2010**         /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE