Carlo Coppo, Esq./CSB No. 34226
Michael R. Popcke, Esq./CSB No. 122215
**DiCARO, COPPO & POPCKE**
San Diego Office
2780 Gateway Road
Carlsbad, California 92009-1730
Telephone: 760-918-0500
Facsimile: 760-918-0008

Attorneys for Defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE D. GRIFFITH, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; DAVID HILL, an individual; JAMES CARTER THOMAS, M.D., an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | NO. 1:09-CV-02132-LJO-GSA<br><br>**STIPULATION FOR JOINDER OF DEFENDANT LISA IVERS TO DEFENDANTS' 12(b)(1) MOTION TO DISMISS; PROPOSED ORDER**<br><br>Date: March 22, 2010<br>Time: 8:30 a.m.<br><br>Judge: HON. LAWRENCE J. O'NEILL<br>Dept: 4<br><br>Magistrate: HON. GARY S. AUSTIN<br>Dept: 10<br><br>Complaint filed: December 8, 2009 |

## RECITALS

Defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; have previously appeared by and

through the law firm of DiCaro, Coppo & Popcke, and have filed a Federal Rule of Civil Procedure (FRCP) 12(b)(1) Motion to Dismiss, currently set for hearing on March 22, 2010.

Defendant LISA IVERS has recently been served with plaintiff's Summons and Complaint on February 18, 2010. Ms. Ivers will also currently be represented by DiCaro, Coppo & Popcke. The same FRCP 12(b)(1) Motion to Dismiss would be filed on behalf of defendant Lisa Ivers, setting forth the same factual and legal arguments as the current pending Motion to Dismiss. Judicial economy and the interests of the parties and court would be best served if Lisa Ivers is included and joined within the relief sought by said Motion to Dismiss brought by all the other defendants.

## **STIPULATION**

Based upon the above recitals, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that defendant LISA IVERS, may be included in the FRCP 12(b)(1) Motion to Dismiss of Defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual, currently set for hearing on March 22, 2010.

DATED: March 8, 2010         DiCARO, COPPO & POPCKE

                             By: /s/ Carlo Coppo
                             _____
                             **CARLO COPPO, ESQ.**
                             **MICHAEL R. POPCKE, ESQ.**
                             **Attorneys for Defendants**
                             CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and LISA IVERS Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual

/ / /

| | | |
|---|---|---|
| DATED: March 8, 2010 | | FARLEY LAW FIRM |
| | By: | /s/ Rhys Boyd-Farrell, Esq. |
| | | **MICHAEL L. FARLEY, ESQ.** |
| | | **RHYS BOYD-FARRELL, ESQ.** |
| | | Attorneys for Plaintiff |
| | | LYLE D. GRIFFITH, M.D. |

## ORDER

Based upon the above Recitals and Stipulation, and good cause appearing, IT IS HEREBY ORDERED that defendant LISA IVERS be included with the pending March 22, 2010 FRCP 12(b)(1) Motion to Dismiss, brought by the other defendants.

IT IS SO ORDERED.

Dated: **March 10, 2010**      /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE