1  Michael L. Farley, SBN 76368
   Rhys C. Boyd-Farrell, SBN 252458
2  FARLEY LAW FIRM
   108 West Center Avenue
3  Visalia, California 93291

4  Telephone: (559) 738-5975
   Facsimile:  (559) 732-2305
5
   Attorneys for Plaintiff Lyle D. Griffith, M.D.
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| 11 | LYLE D. GRIFFITH, M.D., an individual, | Case No.  1:09-CV-02132-LJO-GSA |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| 13 | v. | |
| 14 | | |
| 15 | CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; DAVID HILL, an individual; JAMES CARTER THOMAS, M.D., an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and DOES 1 through 25, inclusive | |
| 22 | Defendants. | |

23

24        Plaintiff, LYLE D. GRIFFITH (hereinafter "Plaintiff"), and Defendants, CORCORAN

25  DISTRICT HOSPITAL, JONATHAN BRENN, JAMES CARTER TOMAS, M.D., LISA

26  IVERS, and SUE FAIRCHILD (hereinafter collectively "Defendants"), hereby stipulate as

27  follows:

28        1.    The trial date in this matter is presently schedule for September 26, 2011.

2. Plaintiff and Defendants have agreed that a continuance of the trial date is necessary on the basis that additional discovery is necessary in the case. This is the first request to continue the trial date in this case. No additional continuance requests are anticipated.

3. Plaintiff and Defendants have been diligently conducting discovery, including having conducted approximately ten (10) depositions in the case so far and estimate that at least six (6) or seven (7) additional depositions will be necessary, if not more, not including experts. Deposition scheduling has required time due to everyone's schedules which had to be coordinated.

4. In addition, Plaintiff and Defendants are still in the process of compiling and producing additional documentary evidence to provide in response to ongoing discovery requests. Thousands of pages of documents have already been produced and exchanged.

5. Further, Plaintiff and Defendants have agreed that a continuance of the trial date is necessary on the basis that the parties have been attempting to schedule mediation with a private mediator whom all parties can agree upon and is available far enough in advance of the trial date, but have had difficulty locating a mediator who is available before trial.

6. Plaintiff and Defendants have attempted to schedule the mediation with Justice Nickolas Dibiaso [Ret.], but Justice Dibiaso is not available until October of 2011, after the current trial date.

7. Plaintiff and Defendants would like the opportunity to fully mediate the case well in advance of the trial in order to potentially avoid incurring substantial fees and costs in trial preparation. The discovery which has occurred and which is continuing was necessary before a meaningful mediation could occur.

8. Plaintiff and Defendants have tentatively agreed to try and schedule the mediation with Judge Raul Ramirez, retired judge from the Eastern District of California, but have not yet obtained Judge Ramirez's schedule.

9. Plaintiff's counsel is not available for trial from December 2, 2011, through December 19, 2011, and is not available from January 9, 2011, through January 27, 2011.

/ / /

10. Defendants' counsel is not available for trial from November 21 to 30, 2011, and December 23, 2011 to January 5, 2012.

11. The parties propose a trial date of January 30, 2012, and a pre-trial conference date of December 19, 2011. All other dates and deadlines predicated on the trial date and pre-trial date shall be continued accordingly.

IT IS SO STIPULATED.


DATED:  May 12, 2011         By:  /s/ Rhys C. Boyd-Farrell
                                  Rhys C. Boyd-Farrell, Esq.
                                  Attorney for Plaintiff


DATED:  May 12, 2011         By:  /s/ Michael Popcke
                                  Michael Popcke, Esq.
                                  Attorney for Defendants


### ORDER CONTINUING TRIAL DATE

The Court finds good cause has been established based on due diligence. The trial date is continued to January 30, 2012 at 8:30 a.m., and the pre-trial conference date is continued to December 19, 2011 at 8:15 a.m. (telephonic appearances are acceptable for the pre-trial conference). All other dates and deadlines predicated on the trial date and pre-trial date shall be continued accordingly.

IT IS SO ORDERED.

  Dated:  **May 13, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

FARLEY LAW FIRM
108 WEST CENTER AVENUE
VISALIA, CA 93291

3

STIPULATION AND ORDER TO CONTINUE TRIAL DATE