1  Michael L. Farley, SBN 76368
   Rhys C. Boyd-Farrell, SBN 252458
2  FARLEY LAW FIRM
   108 West Center Avenue
3  Visalia, California 93291

4  Telephone: (559) 738-5975
   Facsimile:  (559) 732-2305
5
   Attorneys for Plaintiff Lyle D. Griffith, M.D.
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | LYLE D. GRIFFITH, M.D., an individual, | Case No. 1:09-CV-02132-LJO-GSA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING NEW DISCOVERY DEADLINES PURSUANT TO ORDER CONTINUING TRIAL DATE** |
| v. | |
| CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; DAVID HILL, an individual; JAMES CARTER THOMAS, M.D., an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and DOES 1 through 25, inclusive | |
| Defendants. | |

         On May 12, 2011, Plaintiff, LYLE D. GRIFFITH (hereinafter "Plaintiff"), and

Defendants, CORCORAN DISTRICT HOSPITAL, JONATHAN BRENN, JAMES CARTER

TOMAS, M.D., LISA IVERS, and SUE FAIRCHILD (hereinafter collectively "Defendants"),

hereby stipulated to continue the trial date to January 30, 2012, at 8:30 a.m., continue the pretrial

conference to December 19, 2011, at 8:15 a.m., and continue all other dates and deadlines predicated on the trial date and pre-trial date accordingly.

On May 13, 2011, Judge O'Neill executed an Order continuing the trial date to January 30, 2012, at 8:30 a.m., continuing the pretrial conference to December 19, 2011, at 8:15 a.m., and continuing and all other dates and deadlines predicated on the trial date and pre-trial date accordingly.

The parties have scheduled mediation with the Hon. Raul A. Ramirez [Ret.], for August 9, 2011, and have agreed to suspend further discovery pending the mediation.

As a result of Judge O'Neill's order, new dates need to be set for the expert disclosure deadline, supplemental expert disclosure deadline, nonexpert discovery cutoff, expert discovery cutoff, pretrial motion filing deadline and pretrial hearing deadline.

IT IS HEREBY ORDERED that the new deadlines for the expert disclosure, supplemental expert disclosure, nonexpert discovery cutoff, expert discovery cutoff, pretrial motion filing and pretrial hearing are as follows:

| | |
|---|---|
| Expert disclosure: | August 26, 2011 |
| Supplemental expert disclosure: | September 15, 2011 |
| Expert discovery cutoff: | October 18, 2011 |
| Nonexpert discovery cutoff: | October 18, 2011 |
| Pretrial motion filing deadline: | October 31, 2011 |
| Pretrial hearing deadline: | November 21, 2011 |

APPROVED BY COUNSEL:

DATED: _____June 27, 2011_____   By:___/s/ Rhys C. Boyd-Farrell_____
                                     Rhys C. Boyd-Farrell, Esq.
                                     Attorney for Plaintiff

1  DATED: _____June 27, 2011_____        By:___/s/ Michael Popcke_____
2                                              Michael Popcke, Esq.
                                                Attorney for Defendants
3
4
       **IT IS SO ORDERED.**
5
6
       DATED: **June 29, 2011**              /s/     **Gary S. Austin**
7                                            UNITED STATES MAGISTRATE JUDGE