Carlo Coppo, Esq./CSB No. 34226
Michael R. Popcke, Esq./CSB No. 122215
**DiCARO, COPPO & POPCKE**
2780 Gateway Road
Carlsbad, California 92009-1730
Telephone:    760-918-0500
Facsimile:    760-918-0008

Attorneys for Defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL, and an individual.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE D. GRIFFITH, M.D., an individual, | NO.  1:09-CV-02132-LJO-GSA |
| Plaintiff, | |
| v. | STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANTS JONATHAN BRENN, SUE FAIRCHILD, LISA IVERS, DAVID HILL, and JAMES CARTER THOMAS, M.D. <u>ONLY</u> WITH PREJUDICE; ORDER THEREON (FRCP 41(a)(1)(ii)) |
| CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; DAVID HILL, an individual; JAMES CARTER THOMAS, M.D., an individual; LISA IVERS, Chief Nursing Officer of CORCORAN DISTRICT HOSPITAL and an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN DISTRICT HOSPITAL and an individual; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Judge:        Hon. Lawrence J. O'Neill
Dept:         4
Magistrate:   Gary S. Austin
Dept:         10

Complaint filed:   December 8, 2009

## <u>STIPULATION</u>

IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed.R.Civ.Pro. 41(a)(1)(ii),

Plaintiff LYLE D. GRIFFITH, M.D. voluntarily dismisses with prejudice individual defendants

JONATHAN BRENN, SUE FAIRCHILD, LISA IVERS, DAVID HILL, and JAMES CARTER

THOMAS, M.D., and each of them, <u>only</u>, and it is further stipulated and agreed that, in

consideration for said dismissals with prejudice, Defendants JONATHAN BRENN, SUE

1   FAIRCHILD, LISA IVERS and JAMES CARTER THOMAS, M.D. waive any and all fees and costs

2   that may have been incurred by said defendants in connection with the defense of this action.

3           IT IS FURTHER STIPULATED that the Clerk's Entry of Default against Defendant DAVID

4   HILL (Document #19) can be set aside for the purpose of effectuating his dismissal.  The parties

5   hereto had previously stipulated to set aside the entry of default against the other individual

6   defendants (Document #21).

7           This Stipulation is in connection with a binding settlement reached between the parties

8   hereto before the Hon. Raul A. Ramirez (Ret.) on August 9, 2011 which will lead to the dismissal

9   of this entire case.

10

11  **IT IS SO STIPULATED.**

12

13  **DATED:**      **August 12, 2011**            **THE FARLEY LAW FIRM**

14
                                        **By:**    **s/ Michael Farley**
15                                                 MICHAEL FARLEY, ESQ.
                                                   Attorneys for Plaintiff
16                                                 LYLE D. GRIFFITH, M.D.

17
    **DATED:**      **August 15, 2011**            **DiCARO, COPPO & POPCKE**
18
                                        **By:**    **/s/ Michael R. Popcke**
19                                                 CARLO COPPO, ESQ.
20                                                 MICHAEL R. POPCKE, ESQ.
                                                   Attorneys for Defendants
21                                                 CORCORAN DISTRICT HOSPITAL, a district
                                                   hospital; JONATHAN BRENN, CEO of
22                                                 CORCORAN DISTRICT HOSPITAL and an
                                                   individual; JAMES CARTER THOMAS, M.D., an
23                                                 individual; SUE FAIRCHILD, Operating Room
                                                   Supervisor for CORCORAN DISTRICT
24                                                 HOSPITAL and an individual; LISA IVERS,
                                                   Chief Nursing Officer of CORCORAN DISTRICT
25                                                 HOSPITAL, and an individual

26

27  / / /

28  / / /

STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANTS ONLY

1

## ORDER

2      IT IS HEREBY ORDERED that pursuant to the stipulation of the voluntary dismissal signed

3  by all parties who have appeared in this action, this action is dismissed with prejudice as to

4  defendants JONATHAN BRENN, JAMES CARTER THOMAS, M.D., SUE FAIRCHILD, LISA

5  IVERS, and DAVID HILL, <u>only</u>.  The Clerk's Entry of Default against Defendant DAVID HILL is

6  set aside to effectuate his dismissal.

7  IT IS SO ORDERED.

8  **Dated:   August 17, 2011**           **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL OF INDIVIDUAL DEFENDANTS ONLY