1  Carlo Coppo, Esq./CSB No. 34226
   Michael R. Popcke, Esq./CSB No. 122215
2  **DiCARO, COPPO & POPCKE**
   2780 Gateway Road
3  Carlsbad, California 92009-1730
   Telephone:   760-918-0500
4  Facsimile:   760-918-0008

5  Attorneys for Defendants CORCORAN DISTRICT HOSPITAL, a district hospital; JONATHAN
   BRENN, CEO of CORCORAN DISTRICT HOSPITAL and an individual; JAMES CARTER
6  THOMAS, M.D., an individual; SUE FAIRCHILD, Operating Room Supervisor for CORCORAN
   DISTRICT HOSPITAL and an individual; LISA IVERS, Chief Nursing Officer of CORCORAN
7  DISTRICT HOSPITAL, and an individual.

8

9
                              UNITED STATES DISTRICT COURT
10
                              EASTERN DISTRICT OF CALIFORNIA
11

12

13 LYLE D. GRIFFITH, M.D., an individual,      )   NO.  1:09-CV-02132-LJO-GSA
                                               )
14         Plaintiff,                          )
                                               )   STIPULATION OF VOLUNTARY DISMISSAL
15 v.                                          )   OF ENTIRE ACTION WITH PREJUDICE;
                                               )   ORDER THEREON (FRCP 41(a)(1)(ii))
16 CORCORAN DISTRICT HOSPITAL, a               )
   district hospital; JONATHAN BRENN, CEO      )
17 of CORCORAN DISTRICT HOSPITAL and           )   Judge:         Hon. Lawrence J. O'Neill
   an individual; DAVID HILL, an individual;   )   Dept:          4
18 JAMES CARTER THOMAS, M.D., an               )   Magistrate:    Gary S. Austin
   individual; LISA IVERS, Chief Nursing       )   Dept:          10
19 Officer of CORCORAN DISTRICT                )
   HOSPITAL and an individual; SUE             )   Complaint filed:  December 8, 2009
20 FAIRCHILD, Operating Room Supervisor        )
   for CORCORAN DISTRICT HOSPITAL and          )
21 an individual; and DOES 1 through 25,       )
   inclusive,                                  )
22         Defendants.                         )
   _____)

23                                    **STIPULATION**

24        IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed.R.Civ.Pro.

25 41(a)(1)(ii), Plaintiff LYLE D. GRIFFITH, M.D. voluntarily dismisses with prejudice his

26 entire action and complaint in this matter.

27        This Stipulation is in connection with a binding confidential settlement reached

28 between the parties hereto before the Honorable Raul A. Ramirez (Ret.) on August 9, 2011,

                                              1
              STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

1  which settlement has been memorialized in a written agreement, the terms thereof to
2  remain confidential as agreed upon.

4  **IT IS SO STIPULATED.**

6  DATED:   August 23, 2011              THE FARLEY LAW FIRM

8                              By:   /s/ Michael Farley
                                     **MICHAEL FARLEY, ESQ.**
                                     Attorneys for Plaintiff
9                                    LYLE D. GRIFFITH, M.D.

10 DATED:   August 29, 2011             DiCARO, COPPO & POPCKE

12                             By:   /s/ Michael R. Popcke
                                     **CARLO COPPO, ESQ.**
13                                   **MICHAEL R. POPCKE, ESQ.**
                                     Attorneys for Defendants
14                                   CORCORAN DISTRICT HOSPITAL, a
                                     district hospital; JONATHAN BRENN, CEO
15                                   of CORCORAN DISTRICT HOSPITAL and
                                     an individual; JAMES CARTER THOMAS,
16                                   M.D., an individual; SUE FAIRCHILD,
                                     Operating Room Supervisor for
17                                   CORCORAN DISTRICT HOSPITAL and an
                                     individual; LISA IVERS, Chief Nursing
18                                   Officer of CORCORAN DISTRICT
                                     HOSPITAL, and an individual

20                                    **ORDER**

21      IT IS HEREBY ORDERED that pursuant to the stipulation of the voluntary dismissal
22 signed by all parties who have appeared in this action, this action is dismissed in its
23 entirety with prejudice as to all defendants. The clerk is directed to close this action.
24 IT IS SO ORDERED.

25 **Dated:   August 29, 2011**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION